IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RODOLFO POBLADOR AGNER** | ) | 1:06-cv-01133-AWI WMW HC |
| Petitioner, | ) ) | ORDER DENYING REQUEST FOR CANCELLATION OF |
| vs. | ) ) | CASE NUMBER |
| **HON. ALBERTO GONZALEZ, et al.,** | ) ) ) | [Doc. 8] |
| Respondents. | ) ) | |
| _____ | ) ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. On September 14, 2006, Petitioner filed a request for cancellation of a case number in which he asks this court to "cancel Case No. 1:06-cv-1133-AWI-WMW issued on August 28, 2006 and kindly revert back to the earlier petition issued on the 22 of August 2006 for purposes of clarity and expediency." Petitioner is informed that no petition from him was filed in this court on August 22, 2006. The only petition or case involving petitioner currently open before this court is the present petition in

1  the present case.    Accordingly, Petitioner's motion is HEREBY DENIED.

4  IT IS SO ORDERED.

5  **Dated:**   **January 31, 2007**          **/s/  William M. Wunderlich**
   bl0dc4                         UNITED STATES MAGISTRATE JUDGE

2